AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Stephanie Stern (312) 469-6132

**FILED**
9/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ALVARO SALGADO-PARREIRA

CASE NUMBER: 1:25-cr-00554

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 25, 2024, at Lake County, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | reentry of removed alien, by being present and found in the United States after having been previously removed |

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

Digitally signed
by RENEE D FALS
Date: 2025.09.09
09:29:41 -05'00'

RENEE FALS
Deportation Officer
Immigration and Customs Enforcement

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 9, 2025

*Judge's signature*

City and state: Chicago, Illinois

Jeffrey T. Gilbert, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, RENEE FALS, being duly sworn, state as follows:

1.      I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have been employed by ICE for approximately 18 years. My current responsibilities include the apprehension of criminal aliens. I have received training concerning immigration laws, policies, and procedures, including those related to the reentry of previously deported aliens. In particular, I have successfully completed basic immigration law enforcement training, as required by Title 8, Code of Federal Regulations, Section 287.5(e)(3)(iv).

2.      I submit this affidavit in support of a criminal complaint alleging that ALVARO SALGADO-PARREIRA illegally reentered the United States, in violation of Title 8, United States Code, Section 1326(a). This affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SALGADO-PARREIRA with illegal reentry. As such, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that SALGADO-PARREIRA committed the illegal reentry offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge and involvement in this investigation; my training and experience; the personal knowledge, training, and

experience of other law enforcement agents with whom I have consulted; and my review of pertinent documents and records, including documents and records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4.    According to DHS records, SALGADO-PARREIRA was born in Mexico in 1987; is a native and citizen of Mexico; and has no claim to United States citizenship or lawful residence.

5.    According to records and information from the 337th District Court of Harris County, Texas, on or about September 24, 2008, SALGADO-PARREIRA was convicted of misdemeanor possession of a controlled substance and sentenced to 90 days' imprisonment.

6.    According to DHS records, on or about October 9, 2008, SALGADO-PARREIRA was ordered removed from the United States to Mexico by an Immigration Judge in Houston, Texas. On or about October 12, 2008, SALGADO-PARREIRA was removed from the United States to Mexico through Brownsville, Texas.

7.    According to DHS records, following his 2008 removal, SALGADO-PARREIRA reentered the United States. On or about September 17, 2014, SALGADO-PARREIRA was removed from the United States to Mexico through Brownsville, Texas.

8.    According to DHS records, following his 2014 removal, SALGADO-PARREIRA reentered the United States. According to records and information from

the Unted States District Court for the Southern District of Texas, on or about June 16, 2015, SALGADO-PARREIRA was convicted of misdemeanor illegal entry and sentenced to 60 days' imprisonment. According to DHS records, on or about August 12, 2015, SALGADO-PARREIRA was removed from the United States to Mexico through Laredo, Texas.

9.      According to DHS records, PEREZ-GARCIA did not apply for or receive permission to reenter the United States.

10.     According to records from the National Crime Information Center, on or about March 25, 2024, SALGADO-PARREIRA was arrested in Waukegan, which is located in Lake County, Illinois, by the Waukegan Police Department for unlawful restraint. SALGADO-PARREIRA was fingerprinted in connection with his arrest. On or about April 10, 2025, SALGADO-PARREIRA was convicted of unlawful restraint in the Circuit Court of Lake County, Illinois, and sentenced to 30 months' imprisonment.

11.     The fingerprints that were taken of SALGADO-PARREIRA in connection with his Lake County criminal case were electronically uploaded into the Federal Bureau of Investigation's Integrated Automated Fingerprint Identifications System. On or about August 28, 2025, a fingerprint comparison analysis conducted by the Homeland Security Investigations Forensic Laboratory showed that SALGADO-PARREIRA who was arrested by the Waukegan Police Department is the same person who was removed from the United States on or about October 12, 2008, September 17, 2014, and August 12, 2015.

3

12. Based on the forgoing, I respectfully submit that there is probable cause to believe that on or about March 25, 2024, SALGADO-PARREIRA, being an alien who last removed from the Unted States on or about August 12, 2015, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

Digitally signed
by RENEE D FALS
Date: 2025.09.09
09:28:58 -05'00'

RENEE FALS
Deportation Officer
Immigration and Customs Enforcement

SWORN TO AND AFFIRMED by telephone September 9, 2025.

Honorable Jeffrey T. Gilbert
United States Magistrate Judge