

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALVARO SALGADO-PARREIRA | 25 CR 554<br><br>Violation: Title 8, United States Code, Section 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about March 25, 2024, at Waukegan, in the Northern District of Illinois, Eastern Division,

ALVARO SALGADO-PARREIRA,

defendant herein, an alien who previously had been deported and removed from the United States on or about August 12, 2015, September 17, 2014, and October 12, 2008, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY